## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:

    ERIC M. GEBHARDT                Chapter 13

                Debtor          Bankruptcy No. 16-13626-MDC
                                        Date: 10/13/2016 9:30:00 AM
                                        Time:
                                        Courtroom: #Courtroom #2
                                        900 Market St,
                                        Philadelphia PA 19107

### CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

    **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to appear at the meeting of creditors required by 11 U.S.C. Section 341(a).
There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1), by the failure of debtor(s) to provide business information sufficient for the trustee to evaluate the financial condition of debtor(s) and/or the plan.
Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

    The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

    **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                    Respectfully submitted,

                                    /s/ William C. Miller

                                    _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee
                                    P.O. Box 1229
                                    Philadelphia, PA 19105
                                    Telephone: (215)627-1377